IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

ANDRE RAWLS,

    Plaintiff,

v().                                                     Civil Action No. 2:24-cv-00386

BLAKE FRITZMAN, individually as a
Member of the Portsmouth Police Department,

    Defendant.

## **NOTICE OF SETTLEMENT**

COMES NOW the defendant, by counsel, and files this Notice of Settlement as all outstanding matters in this action have been resolved by and among all the parties. The parties will promptly forward a proposed agreed dismissal order

                                                BLAKE FRITZMAN

                                                */s/ James A. Cales III*
                                                James A. Cales III, Esquire
                                                VSB No. 41317
                                                FURNISS, DAVIS, RASHKIND
                                                and SAUNDERS, P.C.
                                                6160 Kempsville Circle, Suite 341B
                                                Norfolk, VA 23502
                                                Telephone: (757) 461-7100
                                                Email: jcales@furnissdavis.com
                                                and
                                                Johnita M. Coston, Esquire
                                                VSB No. 84171
                                                Assistant City Attorney
                                                801 Crawford Street
                                                Portsmouth, Virginia 23704
                                                Telephone (757) 393-8731
                                                Email: costonj@portsmouthva.gov

                                                *Counsel for Defendant Blake Fritzman*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of June, 2025 I filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jason E. Messersmith, Esq.
VSB #77075
F. Alex Coletrane, Esq.
VSB # 78381
Coletrane & Messersmith
749 Thimble Shoals Blvd.
Newport News, VA 23606
Telephone: (757) 223-4548
Facsimile: (757) 296-9984
Email: jason@cmlawva.com
Counsel for Plaintiff

Steven L. Washington, Esq.
Steven L. Washington Law Firm
VSB # 89819
999 Waterside Drive, Suite 2525
Norfolk, VA 23510
Telephone: (757) 582-0659
Email: steven@slwashingtonlawfirm.com
Counsel for Plaintiff

                */s/James A. Cales III*