IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

ANDRE RAWLS,

    Plaintiff,

v.                                Civil Action No. 2:24-cv-00386

BLAKE FRITZMAN, individually as a
Member of the Portsmouth Police Department,

    Defendant.

## NOTICE OF SUBMISSION OF PROPOPSED FINAL ORDER

COMES NOW the defendant, by counsel, and files this Notice as all outstanding matters in this action have been resolved by and among all the parties. The parties attach a proposed joint agreed dismissal order

BLAKE FRITZMAN

    /s/ James A. Cales III
James A. Cales III, Esquire
VSB No. 41317
FURNISS, DAVIS, RASHKIND
and SAUNDERS, P.C.
6160 Kempsville Circle, Suite 341B
Norfolk, VA 23502
Telephone: (757) 461-7100
Email: jcales@furnissdavis.com
and
Johnita M. Coston, Esquire
VSB No. 84171
Assistant City Attorney
801 Crawford Street
Portsmouth, Virginia 23704
Telephone (757) 393-8731
Email: costonj@portsmouthva.gov

*Counsel for Defendant Blake Fritzman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2025 I filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jason E. Messersmith, Esq.
VSB #77075
F. Alex Coletrane, Esq.
VSB # 78381
Coletrane & Messersmith
749 Thimble Shoals Blvd.
Newport News, VA 23606
Telephone: (757) 223-4548
Facsimile: (757) 296-9984
Email: jason@cmlawva.com
Counsel for Plaintiff

Steven L. Washington, Esq.
Steven L. Washington Law Firm
VSB # 89819
999 Waterside Drive, Suite 2525
Norfolk, VA 23510
Telephone: (757) 582-0659
Email: steven@slwashingtonlawfirm.com
Counsel for Plaintiff

                                                      */s/James A. Cales III*