UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ANDRE RAWLS

    Plaintiff,

v.                                      Civil Action No. 2:24-cv-386

CITY OF PORTSMOUTH, et al.

    Defendants.

## FINAL ORDER

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (ECF No. 36), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court acknowledges that the dismissal of all claims is WITH PREJUDICE, with each of the parties bearing their own costs, expenses, and attorneys' fees. The Court DIRECTS the Clerk to close the case. The Court retains jurisdiction over any disputes that may arise regarding the Settlement Agreement.

The Clerk is directed to send an electronic copy of this Order to all counsel of record and close this case.

It is SO ORDERED.

                                                  /s/
                                      Elizabeth W. Hanes
                                      United States District Judge

Norfolk, Virginia
Date: August 11, 2025